**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 11-6259**

—————————

LARRY KEITH GREEN, a/k/a Said Abdullah Hakim,

             Plaintiff – Appellant,

        v.

MICHAEL T. BELL; SANDRA F. THOMAS; PAUL TAYLOR;
CORRECTIONAL OFFICER O'NEAL; GEORGE KENWORTHY,
Superintendent,

             Defendants – Appellees,

        and

THEODIS BECK,

             Defendant.

—————————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   James C. Dever, III,
District Judge. (5:10-ct-03003-D)

—————————

Submitted:  May 26, 2011              Decided:  June 1, 2011

—————————

Before KING, SHEDD, and DIAZ, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Larry Keith Green, Appellant Pro Se. Oliver Gray Wheeler, OFFICE
OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North
Carolina, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Keith Green seeks to appeal the dismissal of one defendant in his 42 U.S.C. § 1983 (2006) suit. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Green seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED